

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-16-00802-CR

Michael Scott **QUINN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6620A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). This court previously issued an order setting a deadline for appellant to file a pro se brief if appellant desired to file such a brief. On April 27, 2017, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 320-21 (Tex. Crim. App. 2014). Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Bexar County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for **cause number 2013CR6620A** to appellant at: **Michael Scott Quinn, T.D.C.J.-I.D. # 2104775, McConnell Unit, 7-G-21-B, 3001 South Emily Drive, Beeville, TX 78102.** It is FURTHER ORDERED that the district clerk file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.



Keith E. Hottle
Clerk of Court